IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
NEW YORK

| | |
|---|---|
| Hydro Net LLC, § § § Plaintiff, § § v. § SHARP ELECTRONICS CORPORATION, § § Defendant. § § § | CIVIL ACTION NO. 1:21-cv-02780 |

## ORDER GRANTING
## EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO
## COMPLAINT

This Court hereby ORDERS the following: Defendant's deadline to answer or otherwise respond to the Complaint is extended to ~~June 10~~ May 26, 2021.

SIGNED this __3rd__ day of ~~April~~ May 2021.

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE