### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYDRO NET LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHARP ELECTRONICS CORPORATION, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | C. A. No. 1:21-CV-02780 (JSR) <br><br> **DEFENDANT'S NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, together with exhibits attached thereto and all other papers and pleadings on file in this matter, Defendant Sharp Electronics Corporation, through its undersigned counsel, will move the Court to dismiss Plaintiffs' Complaint in its entirety for failing to plausibly state a claim for direct, induced, or contributory patent infringement.

Pursuant to the May 25, 2021 Court's order, Defendant's moving papers are being filed and served today, May 28, 2021. As instructed by the Court on May 25, 2021, the parties are to schedule a conference with the Court by June 3, 2021 to finalize a briefing schedule and set any hearing date for this motion.

Dated: May 28, 2021

Respectfully submitted,

*/s/ Cono A. Carrano*
Cono A. Carrano (NY Bar No. 2622116)
Ryan S. Stronczer (*pro hac vice* pending)
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
ccarrano@akingump.com

rstronczer@akingump.com
*Counsel for Defendant Sharp Electronics Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby states that the above was served on all parties of record, via this Court's ECF filing system on May 28, 2021.

        */s/ Kiichi Take*
        Kiichi Take
        Senior Paralegal Specialist
        Akin Gump Strauss Hauer & Feld LLP
        Robert S. Strauss Tower
        2001 K Street, N.W.
        Washington, DC 20006
        Telephone: (202) 887-4000
        Facsimile: (202) 887-4288
        ktake@akingump.com